FILED
07/29/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

**COURTNEY FARMS, LLC,**

    Plaintiff,

vs.

**MOUZIN BROTHERS FARMS, LLC,**

    Defendant,

Case No.:

2:22-cv-00318-JPH-MG

## COMPLAINT

Plaintiff COURTNEY FARMS, LLC though its undersigned attorney hereby states as follow:

### Jurisdiction and Venue

1. Plaintiff's claims arise under 7 U.S.C. §§499e(c)(5) and 499g of the Perishable Agricultural Commodities Act, 1930 ("PACA"). Thus, this Court has jurisdiction over this case under 28 U.S.C. §1331. Further, 28 U.S.C. §1367(a) vests this Court with supplemental jurisdiction over Plaintiff's claims arising under state law.

2. Venue in this District is based upon 28 U.S.C. §1391(b) and 7 U.S.C. §499g(b).

### The Parties

3. Plaintiff is Courtney Farms, LLC ("Courtney"), a Mississippi limited liability company with its principal place of business is in George

County, Mississippi. Courtney grows and sells wholesale quantities of perishable agricultural commodities ("Produce").

4. Defendants are Mouzin Brothers Farms, LLC ("Mouzin"), an Indiana limited liability company with its principal place of business is in Knox County, Indiana.

## General Allegations

5. At all times relevant, Plaintiff Courtney was engaged, in the business of growing Produce for marketing and is therefore a "grower" as PACA defines.

6. At all times material to this case, Defendant Mouzin bought and sold wholesale or jobbing quantities of Produce in interstate and foreign commerce and is a "dealer" of Produce as PACA defines.

7. On or about March 28, 2018, Courtney and Mouzin entered into a contract titled "Farming Agreement," a copy of which is attached hereto as **Exhibit A.**

8. The Farming Agreement requires Courtney to grow 430 acres (230 loads) of Produce and designates Mouzin as the exclusive agent to sell the Produce.

9. The Farming Agreement between Courtney and Mouzin was for the Spring Crop which runs from April through August.

10. Mouzin's responsibilities include marketing and sale of Plaintiff's

Produce, invoicing customers, collecting payment, and providing Plaintiff with accounting and payment.

11. The Farming Agreement states that Mouzin will distribute the net proceeds from the sale of Produce to Courtney minus a 12% commission to Mouzin.

12. In July of 2018, Mouzin informed Courtney that it would no longer be selling the Produce that they contracted to sell.

13. 1The reason Mouzin gave for not selling the rest of the melons they were contracted to sell is because of the low market conditions.

14. Courtney produced the entire 230 loads that it contracted with Mouzin to sell.

15. Courtney delivered 139 loads to Mouzin.

16. When Mouzin said that they would not sell any more melons, Courtney still had 91 loads of melons to sell from this contract.

17. Courtney tried to minimize their loss by contracting with third-party sellers to sell their produce.

18. In addition to Mouzin refusing to continue selling the melons, there is a large sum of money owed to Courtney by Mouzin.

19. This money can be found in the many discrepancies between the accounting that Mouzin provided to Courtney and the actual invoices that Mouzin paid.

20. Under the Farming Agreement, Mouzin agreed to advance $282,898.69 to Courtney for seeds, transplants, and stickers. <u>See</u>: Exhibit A.

21. This money was to be deducted from the funds Mouzin owed Courtney.

22. At the time of the signing of the Farming Agreement, Courtney informed Mouzin that they would not be using the stickers on their melons.

23. For the reasons set forth below, Mouzin currently owes $203,873.48 to Courtney Farms. The transactions and events that created this number are:

   a. $98,454.72 was withheld by Mouzin as commission it was allegedly owed under the terms of the Farming Agreement. However, Mouzin did not honor the Farming Agreement and therefore the entire sum of $98,454.72 is due and owed to Courtney.

   b. $10,512.69 is owed to Courtney as a result of Mouzin's misrepresentation of the amount it paid Sieger Seeds. Mouzin represented that it paid $220,765.69 to Sieger Seeds, while company invoices show that Mouzin in fact paid only $210,253.00. As a result of this misrepresentation, Mouzin owes Courtney a total $10,512.69.

   c. $3,766.12 is owed to Courtney because at the signing of the

Farming Agreement Courtney informed Mouzin that they would not be using the stickers. Jay Jones, Mouzin's field representative, retrieved part of the stickers from Courtney. There is no dispute that this expense is not the responsibility of Courtney and should be eliminated from the expenses purportedly incurred by Mouzin in connection with this season.

24. In addition to the sums listed above, there remains at least $91,228.99 in unresolved/unsettled loads. These are loads where Mouzin either failed to pay Courtney or failed to properly account for the disposition of the Produce. These items are listed below in chronological order:

   a. On June 9, 2018, Mouzin received a load of 56 bins of melons from Courtney for PO# 180772. On Mouzin's liquidation form dated June 9, 2018, it states that these bins were sold for $50 per bin. Mouzin shipped 3 other loads from Courtney to the same customer, on this same day for $230 per bin. No notice of quality or condition was provided to Courtney to explain this price discrepancy. Therefore, Courtney is owed an additional $180 per bin. This comes to a gross amount of $10,080.00. After deducting Mouzin's 12% commission, Courtney is owed $8,870.40.

   b. On June 12, 2018, Mouzin received a load of 56 bins from Courtney for PO# 180793. On Mouzin's liquidation form dated

June 12, 2018 it states that these were sold at $56 per bin. The price per bin in that market at the time was $164.50 per bin. Again, no notice of quality or condition was given for this price discrepancy. Courtney is owed $5,346.88. This is the difference between the price paid per bin and market price, minus Mouzin's 12% commission.

c. On June 18, 2018, Mouzin received a load of 54 bins from Courtney for PO# 181024. On Mouzin's liquidation form dated June 18, 2018, it states that 53 of the bins were sold for $203 per bin. Mouzin owes Courtney $203 for the additional bin.

d. On June 20, 2018, Mouzin received a load of 54 bins from Courtney for PO# 180816. On Mouzin's liquidation form dated June 20, 2018, it states no price for the 54 bins but does state that the customer, Roundy's, has not yet paid. The market price per bin at the time was $150.50. After deducting Mouzin's 12% commission, Courtney is owed $7,151.76.

e. On June 20, 2018, Mouzin received a load of 54 bins from Courtney for PO# 180978. Courtney has not received any payment or accounting for this load. The market price per bin at the time was $150.50. After deducting Mouzin's 12% commission, Courtney is owed $7,151.76.

f. On June 22, 2018, Mouzin received a load of 54 bins from Courtney for PO# 181147. On Mouzin's liquidation form dated June 22, 2018, it states that Mouzin sold the bins for $94 per bin. The market price per bin at this time was $126.00. Mouzin provided no notice of condition or quality issues to explain the price discrepancy. As a result, Courtney is owed $1,520.64. This is the difference between the price paid and the market price, minus Mouzin's 12% commission.

g. On June 22, 2018, Mouzin received a load of 56 bins from Courtney for PO# 180949. Courtney received no payment or any accounting for this load. The market price per bin at this time was $150.55. Courtney is owed $8,428.00, minus Mouzin's 12% commission. Courtney is owed $7,416.64.

h. On June 23, 2018, Mouzin received a load of 53 bins from Courtney for PO# 181306. On Mouzin's liquidation it is stated that these bins were sold for $213 per bin. Courtney is owed $9,934.32.

i. On June 23, 2018, Mouzin received a load of 54 bins from Courtney for PO# 181333. On Mouzin's liquidation form dated June 23, 2018, it states that these bins were sold for $223 per bin. Mouzin charged commission on the total sale, improperly

including freight. Courtney is owed $420.

j. On June 24, 2018, Mouzin received a load of 54 bins from Courtney for PO# 181144. Mouzin's liquidation form states that 30 bins were sold for $200. There is no accounting for the remaining 24 bins. Calculating the remaining 24 bins at $200 per bin, minus Mouzin's 12% commission, Courtney is owed $4,224.00.

k. On June 24, 2018, Mouzin received a load of 52 bins from Courtney for PO# 181146. Mouzin's liquidation form dated June 24, 2018, states that these 52 bins were sold for $96 per bin. On June 23, 2018, bins were sold for $213 per bin. Mouzin gave no notice of quality or condition to explain the price discrepancy. Allowing for some fluctuation in the market, these bins should have sold for $200 per bin. Courtney is owed an additional $104 per bin, which comes to $5,408.00. After deducting Mouzin's 12% commission, Courtney is owed an additional $4,759.04.

l. On June 26, 2018, Mouzin received a load of 54 bins from Courtney for PO# 181362. Walmart rejected this load and Mouzin has supplied no information on what ultimately happened to it. On June 24, 2018, Mouzin sold the same size bins for $140.80 per bin. Assuming Mouzin was selling these bins for $140.80 per bin,

and then reducing that price by the 7% checksum indicated on the Walmart inspection, Mouzin should have received at least $130 per bin or a total of $7,020. After deducting Mouzin's 12% commission, at least $6,177.60 is owed to Courtney.

m. On June 26, 2018, Mouzin received a load of 56 bins from Courtney for PO# 181293. Mouzin's liquidation form states a price of $0 per bin. At this time the market price per bin was $200. Reducing this amount by the 16% checksum on Walmart's inspection, the price per bin would be $168 per bin. Assuming the distressed nature of this product result in a lower return, Mouzin should have still received at least $100 per bin, or $5,600. After deducting Mouzin's 12% commission, Courtney is owed $4,928 for this load. In addition, Mouzin wrongfully charged Courtney $3,500 for freight. Adding freight to the total owed for the Produce, Courtney is owed $8,428.00

n. On June 28, 2018, Mouzin received a load of 54 bins from Courtney for PO# 181314. Mouzin has provided no payment or accounting of what happened to this load. The market price per pound at this time was approximately $0.18. Assuming an average of 700 pounds per bin, Mouzin should have received $6,804.00. After deducting Mouzin's 12% commission, Courtney is

owed at least $5,987.52. In addition, Mouzin again wrongfully charged Courtney for freight in the amount of $3,500. Adding this to the amount owed for the Produce, Courtney is owed at least $9,587.52.

 o. On July 2, 2018, Mouzin received a load of 52 bins from Courtney for PO# 181296. Mouzin again wrongfully charged Courtney for freight in the amount of $2,750.00, despite Courtney having advanced the cost of freight by paying $2,100 to Summers Trucking. The wrongfully charged $2,750.00 should be refunded, along with the reimbursement of the $2,100.00 paid by Courtney. Courtney is owed $4,850.00.

 p. On July 4, 2018, Mouzin received a load of 54 bins from Courtney for PO# 181290. Mouzin again wrongfully charged Courtney for freight in the amount of $2,750.00, despite Courtney having advanced the cost of freight by paying $2,100 to Summers Trucking. The wrongfully charged $2,750.00 should be refunded, along with the reimbursement of the $2,100.00 paid by Courtney. Courtney is owed $4,850.00.

25. Mouzin did not notify Courtney of any problem, issue or concern related to the quality or condition of the Produce grown by Courtney.

26. Plaintiff satisfied all terms of the Farming Agreement and as

stated in the above accounting, Courtney is owed $203,873.48.

WHEREFORE, Plaintiff Courtney Farms, LLC seeks entry of a judgment against Mouzin Brothers Farms, limited liability company, in the amount of $203,873.48, plus prejudgment interest and costs, and entering judgment thereon.

Respectfully submitted on July 15, 2022.

ESQUIVEL LAW, CHARTERED

_____
Katy Koestner Esquivel
2335 Tamiami Trail North
Suite 301
Naples, FL 34103
Telephone: (239)206-3731
Facsimile: (239)431-3942
kke@esquivel-law.com
*Counsel for Plaintiff Courtney Farms, LLC*